David L. MATTHEWS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 235, 2017

Supreme Court of Delaware.

Submitted: June 27, 2017

Decided: July 11, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1104015690 (N)

DISMISSED.

Tonya MUMFORD,[1] Petitioner Below, Appellant,

v.

Lawrence EVANS, Respondent Below, Appellee.

No. 97, 2017

Supreme Court of Delaware.

Submitted: July 7, 2017

Decided: July 12, 2017

Court Below—Family Court of the State of Delaware, File No. CK15–01908

Petition Nos. 15–33510 and 15–35007

DISMISSED.

Monir A. GEORGE, Plaintiff Below–Appellant,

v.

CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC. and Delaware Department of Correction,[1] Defendants Below–Appellees.

No. 118, 2017

Supreme Court of Delaware.

Submitted: May 3, 2017

Decided: July 12, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N15M–11–248 (N)

AFFIRMED.

In the MATTER OF the Petition of Greg EL a/k/a Gregory L. Tucker for a Writ of Mandamus

No. 209, 2017

Supreme Court of Delaware.

Submitted: July 6, 2017

Decided: July 12, 2017

Reargument Denied July 25, 2017

AFFIRMED.

---

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

1. The Superior Court complaint also named Correct Care Solutions LLC as a defendant.

That party was never served with the complaint, was dismissed below, and is not a party to this appeal.